**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAX BRIZER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZILLOW, INC., <br><br> Defendant. | Civil Case No.: 7:19-cv-11521-NSR <br><br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that on May 27, 2021, Defendant Zillow, Inc. ("Zillow"), by and through its attorneys, Saul Ewing Arnstein & Lehr LLP, will move before the Honorable Nelson S. Román, U.S.D.J., at the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, for an Order granting Zillow's Motion to Dismiss Plaintiff Max Brizer's Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Zillow will rely on its Memorandum of Law in support of its Motion.  A proposed form of Order is attached to this Notice of Motion.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Francis X. Riley*
Francis X. Riley III, Esq.
Ryan L. DiClemente, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-3100
francis.riley@saul.com
ryan.diclemente@saul.com
*Attorneys for Defendant Zillow, Inc.*

Dated: April 12, 2021

1